IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-03-238 |
| | § | CIVIL ACTION NO. H-10-0350 |
| | § | |
| PETE JOE VILLEGAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States has moved for another continuance to respond to the motion to vacate under 28 U.S.C. § 2255. (Docket Entry No. 251). Given the voluminous record and the large number of claims raised in the motion to vacate, the motion for continuance is granted. The United States may file its response no later than October 26, 2010. This is, however, the last extension.

SIGNED on July 30, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge